# DEFENDANT STATUS SHEET
(One for each defendant)

## I.     CASE STATUS

Name of Defendant: ALAN GOMEZ-MARENTES

Has defendant had initial appearance in this case?     ☑ Yes     ☐ No

MJ                        CR 20-092 JCC-1

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

   Defense Attorney's Name and address: Bob Goldsmith

The estimated trial time is     10     days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.   CASE STATUS

Name of Defendant: JUAN ANTONIO GONZALEZ-CARRILLO

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                    CR 20-092 JCC-2

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   10   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant: LUIS ARTURO MAGANA-RAMIREZ

Has defendant had initial appearance in this case?    ☑ Yes    ☐ No

MJ                        CR 20-092 JCC-3

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

   Defense Attorney's Name and address: Michael Martin

The estimated trial time is    10    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.     CASE STATUS

Name of Defendant: JOSE ELIAS BARBOSA

Has defendant had initial appearance in this case?     ☑ Yes     ☐ No

MJ                              CR 20-092 JCC-4

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

   Defense Attorney's Name and address: Michael Shaw

The estimated trial time is   10   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

### I.   CASE STATUS

Name of Defendant: JOSE DANIEL ESPINOZA

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

    MJ                 CR 20-092 JCC-5

### II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

### III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

    Defense Attorney's Name and address: Scott Engelhard

The estimated trial time is   10    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.    CASE STATUS

Name of Defendant: ESTEFHANY COREA-MENDOZA

Has defendant had initial appearance in this case?   ☑ Yes    ☐ No

MJ                        CR 20-092 JCC-6

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

　　Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

　　Defense Attorney's Name and address: Paula Olson

The estimated trial time is    10    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.     CASE STATUS

Name of Defendant: ADRIAN IZAZAGA-MARTINEZ

Has defendant had initial appearance in this case?   ☑ Yes     ☐ No

   MJ                          CR 20-092 JCC-7

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

   Defense Attorney's Name and address: Phil Brennan

The estimated trial time is   10   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.    CASE STATUS

Name of Defendant: JORGE MONDRAGON

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                          CR 20-092 JCC-8

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

  Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

  Defense Attorney's Name and address: Tom Coe

The estimated trial time is    10    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I.    CASE STATUS

Name of Defendant: BENJAMIN FUENTES

Has defendant had initial appearance in this case?    ☑ Yes    ☐ No

MJ                              CR 20-092 JCC-9

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

   Defense Attorney's Name and address: Timothy R Lohraff

The estimated trial time is    10    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.   CASE STATUS

Name of Defendant: LUIS ZAVALZA-SANCHEZ

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                           CR 20-092 JCC-10

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

   Defense Attorney's Name and address: Brent Hart

The estimated trial time is   10   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.      CASE STATUS

Name of Defendant: ALYSHA JONES

Has defendant had initial appearance in this case?      ☐ Yes      ☑ No

MJ                          CR 20-092 JCC-11

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is    10    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.   CASE STATUS

Name of Defendant: ARMANDO FIERRO-PONCE

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                          CR 20-092 JCC-12

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

    Defense Attorney's Name and address: Cathy Gormley

The estimated trial time is   10   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.     CASE STATUS

Name of Defendant: AMANDA MEYER

Has defendant had initial appearance in this case?   ☑ Yes     ☐ No

   MJ                          CR 20-092 JCC-13

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

      Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

      Defense Attorney's Name and address: Teymur Askerov/Chris Black

The estimated trial time is     10     days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.     CASE STATUS

Name of Defendant: MICHAEL ANDREW WOOD

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

MJ                          CR 20-092 JCC-14

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is    10    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.    CASE STATUS

Name of Defendant: LUIS CASTILLO-BARRAGAN

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

    MJ                          CR 20-092 JCC-15

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address: James Feldman

The estimated trial time is   10   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.     CASE STATUS

Name of Defendant: EFRAIN LUNA-RODRIGUEZ

Has defendant had initial appearance in this case?   ☑ Yes     ☐ No

    MJ                     CR 20-092 JCC-16
PER MLE on 7-31-20 Defendant arrested and released in CA.

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

    Defense Attorney's Name and address: Robert Gombiner

The estimated trial time is    10    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.      CASE STATUS

Name of Defendant: JULIAN PINEDA-CASILLAS

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

MJ                        CR 20-092 JCC-17

## II.      CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.      ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is    10    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.  CASE STATUS

Name of Defendant: BLANCA GABRIELLA MEDINA

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                          CR 20-092 JCC-18

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.  ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

    Defense Attorney's Name and address: Nicholas Marci

The estimated trial time is   10   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant: RUTH GOMEZ-MARENTES

Has defendant had initial appearance in this case?    [✓] Yes    [ ] No

    MJ              CR 20-092 JCC-19

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

[✓] Continue Conditions of Release

[ ] Continue Detention

[ ] Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

[ ] Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

[ ] Summons to be Issued for Appearance on

    Defendant's Address:

[✓] Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

    Defense Attorney's Name and address: Peter Camiel

The estimated trial time is    10    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant: ADRIAN SIMS

Has defendant had initial appearance in this case?    ☑ Yes      ☐ No

    MJ                              CR 20-092 JCC-20

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for 7/31 1:00 pm BAT

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 8, 2021 at 9 am

    Defense Attorney's Name and address: Lisa Mulligan

The estimated trial time is    10    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.   CASE STATUS

Name of Defendant: EDGAR LUNA-GARCIA

Has defendant had initial appearance in this case?   ☑ Yes      ☐ No

MJ  20-470              CR  20-092 JCC

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on April 78, 2021 at 9 am

   Defense Attorney's Name and address: Tom Weaver

The estimated trial time is     10     days.

(Revised March 2018)