UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDGAR LUNA-GARCIA,

    Defendant.

Case No. CR20-92 JCC

DETENTION ORDER

Offenses charged:

    Count 1:    Conspiracy to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846

    Count 2:    Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 18 U.S.C. § 2

Date of Detention Hearing: On April 28, 2021, the Court held a hearing via a Zoom videoconference, with the consent of Mr. Luna-Garcia, due to the exigent circumstances as outlined in General Order 6-21

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

DETENTION ORDER - 1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Luna-Garcia poses a risk of nonappearance due to a history of failures to appear, lack of a verifiable release plan, unverified information about his background and ties to this district, ties to Mexico, and possession of a Mexican passport. Mr. Luna-Garcia poses a risk of danger due to his criminal history and the nature of the charged offenses. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Luna-Garcia's appearance at future court hearings while addressing the danger to other persons or the community.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Luna-Garcia as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Luna-Garcia shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Luna-Garcia shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Luna-

Garcia is confined shall deliver Mr. Luna-Garcia to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Luna-Garcia, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 28th day of April, 2021.

*MJPeterson*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3